## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**VS**                                                                                                                   **CAUSE NO. 3:15CR142**

**EARNEST M. FOX**                                                                          **DEFENDANT**

## MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, by and through his attorney of record, M. Kevin Horan, and files this his *Motion for Continuance*, and would show for good cause unto the Court the following, to-wit:

-1-

Your Defendant is currently scheduled for Trial on September 19, 2016, in Aberdeen, Mississippi.

-2-

Pursuant to negotiations with AUSA Susan Bradley, the Defendant plans to enter a plea of guilty in return for the Government's recommendation that he be admitted to the PACS program.

-3-

It has come to the attention of the Defendant's counsel that initial implementation of the PACS program has been delayed.

-4-

AUSA Susan Bradley has represented to undersigned counsel that she has no objection to this matter being continued so that a Presentence Investigation Report may be prepared and so that Defendant may begin the PACS program promptly after the entry of his plea.

-5-

The Defendant's request for continuance is not for the purpose of unduly delaying this cause, but in order that the interest of justice be served. Furthermore, your Defendant is

aware of his rights to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7), the Speedy Trial Act, and your Defendant explicitly waives these rights. He has previously presented to the court a signed *Speedy Trial Waiver and Consent to Institute a Presentence Investigation and Disclose the Report Prior to a Plea of Guilty.*

**WHEREFORE, PREMISES CONSIDERED,** the Defendant does hereby respectfully request that this cause be continued until further Order of the Court for good cause shown above.

**RESPECTFULLY SUBMITTED,** this the 16th day of September, 20 16.

s/ M. KEVIN HORAN
*ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

      I, M. Kevin Horan, attorney for the Defendant, Earnest M. Fox, hereby certify that on the  1st  day of July , 2016, I electronically filed the foregoing *Motion To Continue* with the clerk of the Court using the ECF System, which sent notification of such filing to the following:

| | |
|---|---|
| Mr. Arlen B. Coyle, Clerk<br>U.S. District Court, Northern District<br>Federal Building, Suite 369<br>911 West Jackson Avenue<br>Oxford, Mississippi   38655 | Honorable Susan S. Bradley, AUSA<br>Office of the U.S. Attorney<br>900 Jefferson Avenue<br>Oxford, Mississippi 38655-3608<br>E-mail: susan.bradley@usdoj.gov |
| Honorable Sharion Aycock<br>U. S. District Judge<br>301 W Commerce St - Room 218<br>Aberdeen, Mississippi 39730-2520<br>E-mail: sharion_aycock@msnd.uscourts.gov | Honorable S. Allan Alexander<br>U. S. Magistrate Judge<br>911Jackson Avenue - Room 242<br>Oxford, Mississippi 38655-3621<br>E-mail: sallanalexsander@msnd.uscourts.gov |

      and I hereby certify that I have mailed by the United States Postal Service the document to the following Non-ECF participant:

    Mr. Earnest M. Fox
    Post Office Box 783
    Bruce, Mississippi 38915

      **THIS**, the 16th  day of   September  , 20 16 .

                                    s/ M. KEVIN HORAN
                                    M. KEVIN HORAN, MSB #2638